Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*
FREDDY AVALOS

United States District Court
for the Eastern District of California

| | |
|---|---|
| FREDDY AVALOS,<br><br>    *Petitioner*,<br>  vs.<br><br>SCOTT FRAUENHEIM, Warden, Pleasant Valley State Prison,<br><br>    *Respondent*.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    *Real Party in Interest.* | No. 2:15-cv-02222-GEB-AC<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM |

**[PROPOSED] ORDER GRANTING EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

Good cause appearing, petitioner's request for 30-day extension of time to file his traverse and reply memorandum is granted. The deadline for filing is extended from September 6, 2016, to and including October 6, 2016.

DATED: September 7, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE